

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00461-CV

**IN THE INTEREST OF B.F.H-J.**, M.Y.J., A.J.J., Children

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-04-25755-CV
Honorable Robert J. Falkenberg, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED January 13, 2021.

_____
Beth Watkins, Justice